**Order entered December 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00682-CV

**BB FIT, LP D/B/A**
**MATTISON AVENUE SALON SUITES AND SPA, ET AL., Appellants**

**V.**

**EREP PRESTON TRAIL II, LLC, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12409**

**ORDER**

Before the Court is appellants' December 1, 2022 unopposed second motion for an extension of time to file their opening brief. We **GRANT** the motion and extend the time to **December 16, 2022**. We caution appellants that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE